UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Toyota Motor Credit Corporation

In Re:
    Asher Bobea,
    Maria E Navarro

Order Filed on September 25, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 18-17319 RG

Chapter: 13

Hearing Date: September 19, 2018

Judge: Rosemary Gambardella

Recommended Local Form    ☐ Followed    ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: September 25, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>Toyota Motor Credit Corporation</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐　　Real Property More Fully Described as:

■　　Personal Property More Fully Describes as: **2015 LEXUS GX460, VIN: JTJBM7FX4F5101495,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Asher Bobea  
Maria E Navarro  
    Debtors

Case No. 18-17319-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin    Page 1 of 1    Date Rcvd: Sep 26, 2018  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2018.  
db/jdb      +Asher Bobea,    Maria E Navarro,    165 Maitland Ave.,    Paterson, NJ 07502-1838

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                                                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2018 at the address(es) listed below:

         David E. Sklar    on behalf of Defendant Maria E Navarro dsklar@scuramealey.com,  
           ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com  
         David E. Sklar    on behalf of Joint Debtor Maria E Navarro dsklar@scuramealey.com,  
           ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com  
         David E. Sklar    on behalf of Defendant Asher  Bobea dsklar@scuramealey.com,  
           ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com  
         David E. Sklar    on behalf of Debtor Asher  Bobea dsklar@scuramealey.com,  
           ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com  
         Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation  
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         John R. Morton, Jr.     on behalf of Creditor    American Honda Finance Corporation  
           ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
         Jonathan C. Schwalb     on behalf of Creditor    Fay Servicing, LLC bankruptcy@friedmanvartolo.com  
         Joseph M. Shapiro     on behalf of Plaintiff Mahdi  Taha jshapiro@middlebrooksshapiro.com  
         Joseph M. Shapiro     on behalf of Creditor Mahdi  Taha jshapiro@middlebrooksshapiro.com  
         Kevin Gordon McDonald     on behalf of Creditor    Toyota Motor Credit Corporation  
           kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Laura M. Egerman     on behalf of Creditor    Wilmington Trust , National Association  
           bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com  
         Marie-Ann  Greenberg    magecf@magtrustee.com  
         Melinda D. Middlebrooks     on behalf of Creditor Mahdi  Taha middlebrooks@middlebrooksshapiro.com,  
           melindamiddlebrooks@gmail.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                    TOTAL: 14