Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 18−17319−RG
          Chapter: 13
          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Asher Bobea                             Maria E Navarro
  165 Maitland Ave.                    165 Maitland Ave.
  Paterson, NJ 07502                Paterson, NJ 07502

Social Security No.:
  xxx−xx−5828                            xxx−xx−8982

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:      11/13/18
Time:     10:00 AM
Location:   Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
David L. Stevens, Debtor's Attorney,

COMMISSION OR FEES
period: 3/15/2018 to 10/17/2018, fee: $14,512.61

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: October 18, 2018
JAN:

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                         Case No. 18-17319-RG
Asher Bobea                                                    Chapter 13
Maria E Navarro
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0312-2        User: admin              Page 1 of 2         Date Rcvd: Oct 18, 2018
                            Form ID: 137             Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2018.
db/jdb         +Asher Bobea,    Maria E Navarro,    165 Maitland Ave.,    Paterson, NJ 07502-1838
cr             +Fay Servicing, LLC,    85 Broad Street,    Suite 501,    New York, NY 10004-1734
cr             +Mahdi Taha,    c/o Middlebrooks Shapiro, P.C.,    841 Mountain Avenue,    Springfield, NJ  07081,
                 UNITED STATES 07081-3437
517450854      +Citibank/The Home Depot,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
517450856      +Fay Servicing,    PO Box 619063,    Dallas, TX 75261-9063
517450857      +Friedman Vartolo, LLP,    85 Broad Street,    Suite 501,    New York, NY 10004-1734
517491292      +Hackensack University,    Medical Center,    Po Box 48027,    Newark, NJ 07101-4827
517450859      +Lease Financial Groupl,    525 Washington Blvd,    Jersey City, NJ 07310-1606
517450861      +Mahdi Taha,    50 Spingwater Shores,    Newnan, GA 30265-3821
517491315      +Marna's Splash, LLC,    470 Union Ave.,    Paterson, NJ 07522-1909
517450862      +Middlebrooks Shapiro, P.C.,    841 Mountain Ave. - 1st Fl.,    Springfield, NJ 07081-3437
517450863     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: New Jersey Division of Taxation,
                 Compliance & Enforcement - Bankruptcy,    50 Barrack St., 9th Fl.,    PO Box 245,
                 Trenton, NJ 08695)
517450865     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,    Po Box 8026,    Cedar Rapids, IA 52408)
517450864      Target,    Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
517531022      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
517601310      +Wilmington Trust, National Association,    Fay Servicing, LLC,    3000 Kellway Dr Ste 150,
                 Carrollton TX 75006-3357
517485246      +Wilmington Trust,National Association,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,
                 6409 Congress Ave,    Suite # 100,    Boca Raton Fl. 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 18 2018 23:52:01      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 18 2018 23:51:58      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 18 2018 23:52:09
                 American Honda Finance Corporation,    PO Box 168088,    Irving, TX  75016-8088
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2018 00:04:38
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517450852       E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 18 2018 23:52:09      American Honda Finance,
                 Attn: Bankruptcy,    Po Box 168088,    Irving, TX 75016
517518990       E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 18 2018 23:52:09
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
517491283      +E-mail/Text: bk@avant.com Oct 18 2018 23:52:32      Avant,    222 N. LaSalle St.,    Ste. 1700,
                 Chicago, IL 60601-1101
517450853      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 19 2018 00:05:34       Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517541461       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 19 2018 00:04:46
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517603492      +E-mail/Text: bncmail@w-legal.com Oct 18 2018 23:52:09      CarePoint Health - Physican CHMG,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517465307       E-mail/Text: mrdiscen@discover.com Oct 18 2018 23:50:59      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
517450855      +E-mail/Text: mrdiscen@discover.com Oct 18 2018 23:50:59      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
517450858       E-mail/Text: cio.bncmail@irs.gov Oct 18 2018 23:51:13      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
517602533       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 19 2018 00:05:05
                 LVNV Funding, LLC its successors and assigns as,     assignee of Avant Loans Funding Grantor,
                 Trust 2016-C,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517450860      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 19 2018 00:05:04
                 LVNV Funding/Resurgent Capital,    Po Box 10497,    Greenville, SC 29603-0497
517491293      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 18 2018 23:51:58      Midland Credit,    Management Inc.,
                 2365 Northside Dr.,    Ste. 300,    San Diego, CA 92108-2709
517543275      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 18 2018 23:51:58      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517560266       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 19 2018 00:04:50
                 Portfolio Recovery Associates, LLC,    C/O Capital One Bank (USA), N.A.,    POB 41067,
                 Norfolk VA 23541
517582549       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 19 2018 00:04:50
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
                 Norfolk VA 23541
517452240      +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2018 00:05:24      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
```

```
District/off: 0312-2          User: admin                 Page 2 of 2              Date Rcvd: Oct 18, 2018
                              Form ID: 137                Total Noticed: 38
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517590766       +E-mail/Text: bncmail@w-legal.com Oct 18 2018 23:52:09     TD Bank USA, N.A.,
                  C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                             TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Wilmington Trust , National Association,   Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Ave.suite # 100,   Boca Raton, FL 33487-2853
517580417*     +Midland Funding LLC,    PO Box 2011,   Warren, MI 48090-2011
517601856*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Division of Taxation,   Bankruptcy Section,
                  PO Box 245,   Trenton, NJ 08695-0245)
                                                                                      TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2018 at the address(es) listed below:
```
              David E. Sklar    on behalf of Joint Debtor Maria E Navarro dsklar@scuramealey.com,
               ecfbkfilings@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;jesposito@scuramealey.com
              David E. Sklar    on behalf of Defendant Asher  Bobea dsklar@scuramealey.com,
               ecfbkfilings@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;jesposito@scuramealey.com
              David E. Sklar    on behalf of Debtor Asher  Bobea dsklar@scuramealey.com,
               ecfbkfilings@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;jesposito@scuramealey.com
              David E. Sklar    on behalf of Defendant Maria E Navarro dsklar@scuramealey.com,
               ecfbkfilings@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;jesposito@scuramealey.com
              David L. Stevens    on behalf of Joint Debtor Maria E Navarro dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;jesp
               osito@scuramealey.com
              David L. Stevens    on behalf of Debtor Asher  Bobea dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;jesp
               osito@scuramealey.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor   American Honda Finance Corporation
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Jonathan C. Schwalb    on behalf of Creditor   Fay Servicing, LLC bankruptcy@friedmanvartolo.com
              Joseph M. Shapiro    on behalf of Creditor Mahdi  Taha jshapiro@middlebrooksshapiro.com
              Joseph M. Shapiro    on behalf of Plaintiff Mahdi  Taha jshapiro@middlebrooksshapiro.com
              Kevin Gordon McDonald    on behalf of Creditor   Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor   Wilmington Trust , National Association
               bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melinda D. Middlebrooks    on behalf of Creditor Mahdi  Taha middlebrooks@middlebrooksshapiro.com,
               melindamiddlebrooks@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 16
```