Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−17319−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Asher Bobea                                          Maria E Navarro
   165 Maitland Ave.                                    165 Maitland Ave.
   Paterson, NJ 07502                                   Paterson, NJ 07502

Social Security No.:
   xxx−xx−5828                                          xxx−xx−8982

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on October 23, 2018.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 23, 2018
JAN: rah

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-17319-RG
Asher Bobea                                                           Chapter 13
Maria E Navarro
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 2           Date Rcvd: Oct 23, 2018
                             Form ID: 148             Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2018.
```
db/jdb         +Asher Bobea,   Maria E Navarro,    165 Maitland Ave.,    Paterson, NJ 07502-1838
cr             +Fay Servicing, LLC,    85 Broad Street,    Suite 501,    New York, NY 10004-1734
cr             +Mahdi Taha,    c/o Middlebrooks Shapiro, P.C.,    841 Mountain Avenue,    Springfield, NJ 07081,
                 UNITED STATES 07081-3437
517450854      +Citibank/The Home Depot,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
517450856      +Fay Servicing,    PO Box 619063,    Dallas, TX 75261-9063
517450857      +Friedman Vartolo, LLP,    85 Broad Street,    Suite 501,    New York, NY 10004-1734
517491292      +Hackensack University,    Medical Center,    Po Box 48027,    Newark, NJ 07101-4827
517450859      +Lease Financial Groupl,    525 Washington Blvd,    Jersey City, NJ 07310-1606
517450861      +Mahdi Taha,    50 Spingwater Shores,    Newnan, GA 30265-3821
517491315      +Marna's Splash, LLC,    470 Union Ave.,    Paterson, NJ 07522-1909
517450862      +Middlebrooks Shapiro, P.C.,    841 Mountain Ave. - 1st Fl.,    Springfield, NJ 07081-3437
517450863     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: New Jersey Division of Taxation,
                  Compliance & Enforcement - Bankruptcy,    50 Barrack St., 9th Fl.,    PO Box 245,
                  Trenton, NJ 08695)
517450864       Target,   Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
517531022      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
517601310      +Wilmington Trust, National Association,    Fay Servicing, LLC,    3000 Kellway Dr Ste 150,
                 Carrollton TX 75006-3357
517485246      +Wilmington Trust,National Association,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,
                 6409 Congress Ave,    Suite # 100,    Boca Raton Fl. 33487-2853
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 24 2018 00:19:07     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 24 2018 00:19:05     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: HNDA.COM Oct 24 2018 03:48:00      American Honda Finance Corporation,    PO Box 168088,
                 Irving, TX 75016-8088
cr             +EDI: RMSC.COM Oct 24 2018 03:48:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
517450852       EDI: HNDA.COM Oct 24 2018 03:48:00      American Honda Finance,    Attn: Bankruptcy,
                 Po Box 168088,    Irving, TX 75016
517518990       EDI: HNDA.COM Oct 24 2018 03:48:00      American Honda Finance Corporation,
                 National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088
517491283      +E-mail/Text: bk@avant.com Oct 24 2018 00:19:48      Avant,   222 N. LaSalle St.,    Ste. 1700,
                 Chicago, IL 60601-1101
517450853      +EDI: CAPITALONE.COM Oct 24 2018 03:48:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
517541461       EDI: CAPITALONE.COM Oct 24 2018 03:48:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
517603492      +E-mail/Text: bncmail@w-legal.com Oct 24 2018 00:19:19     CarePoint Health - Physcan CHMG,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517465307       EDI: DISCOVER.COM Oct 24 2018 03:48:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
517450855      +EDI: DISCOVER.COM Oct 24 2018 03:48:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
517450858      +EDI: IRS.COM Oct 24 2018 03:48:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
517602533       EDI: RESURGENT.COM Oct 24 2018 03:48:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Avant Loans Funding Grantor,    Trust 2016-C,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
517450860      +EDI: RESURGENT.COM Oct 24 2018 03:48:00      LVNV Funding/Resurgent Capital,    Po Box 10497,
                 Greenville, SC 29603-0497
517491293      +EDI: MID8.COM Oct 24 2018 03:48:00      Midland Credit,    Management Inc.,    2365 Northside Dr.,
                 Ste. 300,    San Diego, CA 92108-2709
517543275      +EDI: MID8.COM Oct 24 2018 03:48:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
517560266       EDI: PRA.COM Oct 24 2018 03:48:00      Portfolio Recovery Associates, LLC,
                 C/O Capital One Bank (USA), N.A.,    POB 41067,    Norfolk VA 23541
517582549       EDI: PRA.COM Oct 24 2018 03:48:00      Portfolio Recovery Associates, LLC,
                 c/o The Home Depot Consumer,    POB 41067,    Norfolk VA 23541
517452240      +EDI: RMSC.COM Oct 24 2018 03:48:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517590766      +E-mail/Text: bncmail@w-legal.com Oct 24 2018 00:19:19     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517450865       EDI: TFSR.COM Oct 24 2018 03:48:00      Toyota Motor Credit Co,    Po Box 8026,
                 Cedar Rapids, IA 52408
                                                                                               TOTAL: 22
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Oct 23, 2018
                              Form ID: 148             Total Noticed: 38

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Wilmington Trust , National Association,    Robertson, Anschutz & Schneid, P.L.,
                  6409 Congress Ave.suite # 100,    Boca Raton, FL 33487-2853
517580417*      +Midland Funding LLC,    PO Box 2011,    Warren, MI 48090-2011
517601856*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court:   State of New Jersey,    Division of Taxation,   Bankruptcy Section,
                  PO Box 245,    Trenton, NJ 08695-0245)
                                                                                             TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2018 at the address(es) listed below:
              David E. Sklar    on behalf of Joint Debtor Maria E Navarro dsklar@scurameaaley.com,
               ecfbkfilings@scurameaaley.com;tscialla@scurameaaley.com;mmack@scura.com;jesposito@scurameaaley.com
              David E. Sklar    on behalf of Defendant Asher  Bobea dsklar@scurameaaley.com,
               ecfbkfilings@scurameaaley.com;tscialla@scurameaaley.com;mmack@scura.com;jesposito@scurameaaley.com
              David E. Sklar    on behalf of Debtor Asher  Bobea dsklar@scurameaaley.com,
               ecfbkfilings@scurameaaley.com;tscialla@scurameaaley.com;mmack@scura.com;jesposito@scurameaaley.com
              David E. Sklar    on behalf of Defendant Maria E Navarro dsklar@scurameaaley.com,
               ecfbkfilings@scurameaaley.com;tscialla@scurameaaley.com;mmack@scura.com;jesposito@scurameaaley.com
              David L. Stevens    on behalf of Joint Debtor Maria E Navarro dstevens@scurameaaley.com,
               ecfbkfilings@scurameaaley.com;dsklar@scurameaaley.com;tscialla@scurameaaley.com;mmack@scura.com;jesp
               osito@scurameaaley.com
              David L. Stevens    on behalf of Debtor Asher  Bobea dstevens@scurameaaley.com,
               ecfbkfilings@scurameaaley.com;dsklar@scurameaaley.com;tscialla@scurameaaley.com;mmack@scura.com;jesp
               osito@scurameaaley.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor   American Honda Finance Corporation
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Jonathan C. Schwalb    on behalf of Creditor   Fay Servicing, LLC bankruptcy@friedmanvartolo.com
              Joseph M. Shapiro    on behalf of Creditor Mahdi  Taha jshapiro@middlebrooksshapiro.com
              Joseph M. Shapiro    on behalf of Plaintiff Mahdi  Taha jshapiro@middlebrooksshapiro.com
              Kevin Gordon McDonald    on behalf of Creditor   Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor   Wilmington Trust , National Association
               bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melinda D. Middlebrooks    on behalf of Creditor Mahdi  Taha middlebrooks@middlebrooksshapiro.com,
               melindamiddlebrooks@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 16
```