11/13/18    10:00 Am

Case NO: 18-17319-RG
Asher Bobea
    and
Maria E. Navarro

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2018 NOV 13 P 12: 28

JEANNE A. NAUGHTON
BY: _____ DEPUTY CLERK

We are objecting. We do not agree with amount of $14,512.61 in regards to Applicant David L. Stevens. Hearing has been rescheduled for December 5, 2018.

ASHER BOBEA x _____

Maria Navarro x _____