UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, NJ 07470
973-696-8391
Attorneys for Debtors

Order Filed on January 14, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Asher Bobea
Maria E Navarro

Case No.: __18-17319__

Chapter: 13

Judge: __RG__

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: January 14, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that  Scura, Wigfield, Heyer, Stevens & Cammarota, LLP , the applicant, is allowed a fee of $ _____4,290.28*_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____4,290.28*_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for ____n/a____ months to allow for payment of the above fee.

*The total amount of the fee application is reduced by the Chapter 13 Trustee's Balance on Hand.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:   
Asher Bobea   
Maria E Navarro   
    Debtors

Case No. 18-17319-RG   
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Jan 15, 2019  
                 Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2019.
db/jdb         +Asher Bobea,   Maria E Navarro,   165 Maitland Ave.,   Paterson, NJ 07502-1838

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2019 at the address(es) listed below:
        David E. Sklar    on behalf of Debtor Asher  Bobea dsklar@scuramealey.com,
     ecfbkfilings@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;jesposito@scuramealey.com
        David E. Sklar    on behalf of Defendant Maria E Navarro dsklar@scuramealey.com,
     ecfbkfilings@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;jesposito@scuramealey.com
        David E. Sklar    on behalf of Joint Debtor Maria E Navarro dsklar@scuramealey.com,
     ecfbkfilings@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;jesposito@scuramealey.com
        David E. Sklar    on behalf of Defendant Asher  Bobea dsklar@scuramealey.com,
     ecfbkfilings@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;jesposito@scuramealey.com
        David L. Stevens    on behalf of Debtor Asher  Bobea dstevens@scuramealey.com,
     ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com
        David L. Stevens    on behalf of Joint Debtor Maria E Navarro dstevens@scuramealey.com,
     ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com
        Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
     dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        John R. Morton, Jr.    on behalf of Creditor   American Honda Finance Corporation
     ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
        Jonathan C. Schwalb    on behalf of Creditor   Fay Servicing, LLC bankruptcy@friedmanvartolo.com
        Joseph M. Shapiro    on behalf of Plaintiff Mahdi  Taha jshapiro@middlebrooksshapiro.com
        Joseph M. Shapiro    on behalf of Creditor Mahdi  Taha jshapiro@middlebrooksshapiro.com
        Kevin Gordon McDonald    on behalf of Creditor   Toyota Motor Credit Corporation
     kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Laura M. Egerman    on behalf of Creditor   Wilmington Trust , National Association
     bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        Melinda D. Middlebrooks    on behalf of Creditor Mahdi  Taha middlebrooks@middlebrooksshapiro.com,
     melindamiddlebrooks@gmail.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 16